```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14298
   MAURICIO KIGLIES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9670


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/09/2007 and was not confirmed.

     The case was dismissed without confirmation 09/24/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE UNSECURED         1063.84          .00          .00
AMERICAN EXPRESS         UNSECURED         4032.95          .00          .00
BENFCL/HFC               NOTICE ONLY     NOT FILED          .00          .00
CCA                      NOTICE ONLY     NOT FILED          .00          .00
ECAST SETTLEMENT CORP    UNSECURED         1802.48          .00          .00
CODILIS & ASSOCIATES     NOTICE ONLY     NOT FILED          .00          .00
COOK COUNTY TREASURER    NOTICE ONLY     NOT FILED          .00          .00
COUNTRYWIDE HOME LENDING NOTICE ONLY     NOT FILED          .00          .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED          .00          .00
GMAC MORTGAGE            NOTICE ONLY     NOT FILED          .00          .00
HARRIS NA                NOTICE ONLY     NOT FILED          .00          .00
HFC/TA                   NOTICE ONLY     NOT FILED          .00          .00
BEST BUY/HSBC            NOTICE ONLY     NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED         7699.90          .00          .00
LORD & TAYLOR            NOTICE ONLY     NOT FILED          .00          .00
NATIONAL CITY BANK ~     NOTICE ONLY     NOT FILED          .00          .00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED          .00          .00
US BANK                  UNSECURED        13832.99          .00          .00
US BANK NA               NOTICE ONLY     NOT FILED          .00          .00
US BANK NATIONAL ASSOC   NOTICE ONLY     NOT FILED          .00          .00
*THAV & RYKE PLLC        DEBTOR ATTY           .00                       .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14298 MAURICIO KIGLIES
```

```
DEBTOR REFUND                                                       .00
                                       ---------------   ---------------
TOTALS                                            .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
     Dated: 12/27/07                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```